UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

AUG 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

          Plaintiff - Appellant,

  v.

ROBERT RUNDO and ROBERT BOMAN,

          Defendants - Appellees.

No. 24-932

D.C. Nos.
2:18-cr-00759-CJC-1
2:18-cr-00759-CJC-1
2:18-cr-00759-CJC-2

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered July 18, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT